

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00440-CV

| | | |
|---|---|---|
| In re EOG Resources, Inc. | § | Original Proceeding |
| | § | From the 97th District Court |
| | § | of Montague County (2011-0466M-CV) |
| | § | February 12, 2014 |
| | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered relator EOG Resources, Inc.'s petition for writ of mandamus. We conditionally grant relator's petition. Accordingly, we order the trial court to withdraw its order compelling relator EOG Resources, Inc. to respond to David and Shelly Richey's request for production number 10 seeking geologic and seismic data for the property and surrounding areas. Writ will issue only if the trial court fails to comply.

It is further ordered that real parties in interest David and Shelly Richey shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
Chief Justice Terrie Livingston